**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**MOUNT VERNON SPECIALITY**
**INSURANCE COMPANY,**
          **Plaintiff,**

  vs.

                                    Case No.    1:23-cv-00393-TWP-MG

**TREVOR WAYNE SIMS;**
**SIMS INVESTMENTS, LLC;**
**JOHN SONLEY;**
**JP SONLEY INVESTMENTS, INC.; and**
**JACKSON COUNTY BANK,**
          **Defendants.**

**AMENDMENT TO ENTRY OF DEFAULT JUDGMENT AND ORDER FOR DISBURSEMENT OF INTEREST EARNED ON INTERPLEADED FUNDS**

On August 23, 2024, this Court entered its Entry of Default Judgment Against Crossclaim Defendants, Trevor Wayne Sims and Sims Investments, LLC (Docket No. 79) (the "Entry of Default Judgment").

In the Entry of Default Judgment, the Court ordered, among other things, *inter alia*, that the Clerk of this Court pay funds in the amount of $236,000.31 interpleaded and paid to the Clerk of this Court (the "Interpleaded Funds") by Plaintiff, Mount Vernon Specialty Insurance Company, to Defendant, Jackson County Bank, c/o William M. Braman, Lorenzo Bevers Braman & Connell, LLP, 218 West Second Street, Seymour, IN 47274.

The Entry of Default Judgment submitted by counsel for Jackson County Bank to the Court did not address the disbursement of any accrued interest on the Interpleaded Funds. To amend and clarify the Court's Entry of Default Judgment, **THE COURT NOW FINDS THAT**:

    1.    Article D on page 5 of the Entry of Default Judgment shall be deleted in its entirety and replaced with the following:

    D.    The Clerk of this Court is ORDERED to pay the Interpleaded Funds and any interest earned on the Interpleaded Funds to Jackson County Bank, c/o William M. Braman, Lorenzo Bevers Braman & Connell, LLP, 218 West Second Street, Seymour, IN 47274.

    2.    All other terms and provisions of the Entry of Default Judgment, except as amended herein, shall remain in full force and effect.

**SO ORDERED**.

Date: 8/30/2024

*[Signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

Financial Deputy Clerk

Service on the following will be made via first-class U.S. mail:

Trevor Wayne Sims, 3625 Kentucky Highway 518, Hustonville, KY 40437
Sims Investments, LLC, 3625 Kentucky Highway 518, Hustonville, KY 40437