UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MOUNT VERNON SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00393-TWP-MG ) |
| TREVOR WAYNE SIMS, SIMS INVESTMENTS, LLC, JOHN SONLEY, JP SONLEY INVESTMENTS, INC., JACKSON COUNTY BANK, | ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER ON JOINT STIPULATION OF DISMISSAL

This matter is before the Court on Plaintiff Mount Vernon Specialty Insurance Company's and Defendants John Sonley, JP Sonley Investments, Inc. and Jackson County Bank's Joint Stipulation for Dismissal with Prejudice (Filing No. 90). The Court accepts the parties Joint Stipulation and orders that this action is terminated as to these parties pursuant to Fed. R. Civ. P. 41(a)(2). The **Clerk is directed to terminate** Defendants John Sonley, JP Sonley Investments, Inc. and Jackson County Bank.

Defendants Trevor Wayne Sims and Sims Investments, LLC ("Sims and Sims Investment") failed to answer or otherwise appear in this action. On June 5, 2023, Defendant/Cross Claimant Jackson County Bank filed a Crossclaim against, among others, Sims and Sims Investments. (Filing No. 29). On July 3, 2024, a Clerk's Entry of Default was entered as to Sims and Sims Investments for failure to plead or otherwise defend the Crossclaim (Filing No. 77). On August 23, 2024, Default Judgment was entered and granted against Sims and Sims Investments as to Jackson County Bank's Crossclaim (Filing No. 79).

Plaintiff Mount Vernon Specialty Insurance Company's Stipulation of Dismissal does not address its claims against Sims and Sims Investment, and procedurally those claims remain pending. (*See* Filing No. 90). The Court, however, will accept that Plaintiff's stipulation of dismissal with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, against "each and every count and claim asserted therein" is likely meant to include dismissal of its claims against Sims and Sims Investment.

Accordingly, the Court determines that all claims in this matter are disposed, and this case is now **closed**.

**SO ORDERED**.

Date: 1/13/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

William M. Braman
Braman.William@outlook.com

Ellen J. Brooke
Rynearson, Suess, Schnurbusch & Champion, LLC
ebrooke@rssclaw.com

Robert William McNevin, Jr.
McNevin & McInnes, P.C.
Rob@IndyAdvocate.com